# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00592-CR

**Lesley Hunt, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT NO. 2000-091, HONORABLE DON B. MORGAN, JUDGE PRESIDING

Counsel for appellant has filed a motion to permanently abate this appeal because of appellant's death. Tex. R. App. P. 7.1(a)(2). The motion is granted.

The appeal is permanently abated.

_____

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Permanently Abated

Filed: January 17, 2002

Do Not Publish